ADAM PAUL LAXALT
  Attorney General
BARRACK T POTTER (Bar No. 14105)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
(702) 486-3120 (pone)
(702) 486-3773 (fax)
Email: bpotter@ag.nv.gov

*Attorneys for Defendants
Aaron Dicus, James G. Cox,
and Brian Williams, Sr.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| PHILLIP J. LYONS, | CASE NO. 2:14-cv-01813-APG-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING (FIRST REQUEST)** |
| vs. | |
| ANDREW DICUS, et al., | |
| Defendants. | |

Plaintiff Phillip Lyons, by and through counsel, Travis Barrick, Esq., of Gallian Welker & Beckstrom, L.C. and Defendants Aaron Dicus, Brian Williams, Sr., and James G. Cox, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Barrack T Potter, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree that the time to file a responsive pleading on behalf of the above-named Defendants to Plaintiff's Complaint shall be extended to May 15, 2017.

The parties here state that there is good cause for the extension due to issues concerning service.  Plaintiff recently filed a Motion for Leave to Serve Defendants Cox and Dicus by Publication.  After conferring, the parties have stipulated and agreed that all above-named Defendants will file a responsive pleading in this case on May 15, 2017,

in an effort to advance this case in the litigation process. Additionally, Plaintiff's Motion for Leave to Serve Defendants Cox and Dicus by Publication is withdrawn.

DATED March 15, 2017.                                    DATED March 15, 2017.

                                                ADAM PAUL LAXALT
                                                Nevada Attorney General

By: /s/ Travis N. Barrick                                By: /s/ Barrack T Potter
Travis N. Barrick, Esq.                                  Barrack T Potter
Nevada Bar No. 9257                                      Deputy Attorney General
540 E. St. Louis Avenue                                  Nevada Bar No. 14105
Las Vegas, NV 89104                                      555 East Washington Ave., #3900
*Attorney for Plaintiff*                                 Las Vegas, NV 89101
                                                *Attorneys for Defendants*

**SO ORDERED.**
    Dated this 17th day of March, 2017.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate