ADAM PAUL LAXALT
  Attorney General
BARRACK T POTTER (Bar No. 14105)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3120 (pone)
(702) 486-3773 (fax)
Email: bpotter@ag.nv.gov

*Attorneys for Defendants
Aaron Dicus, James G. Cox,
and Brian Williams, Sr.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS, | CASE NO. 2:14-cv-01813-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| ANDREW DICUS, et al., | |
| Defendants. | |

Plaintiff Phillip Lyons, by and through counsel, Travis Barrick, Esq., of Gallian Welker & Beckstrom, L.C. and Defendants Aaron Dicus, Brian Williams, Sr., and James G. Cox, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Barrack T Potter, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree that the above-captioned matter be dismissed in its entirety

///

///

///

///

///

against all parties with prejudice, and that each party will bear their own attorney fees and costs.

DATED May 12, 2017.

DATED May 12, 2017.

ADAM PAUL LAXALT
Nevada Attorney General

By: _____
Travis N. Barrick, Esq.
Nevada Bar No. 9257
540 E. St. Louis Avenue
Las Vegas, NV 89104
*Attorney for Plaintiff*

By: _____ Bar No. 11132 for
Barrack T Potter
Deputy Attorney General
Nevada Bar No. 14105
555 East Washington Ave., #3900
Las Vegas, NV 89101
*Attorneys for Defendants*

**SO ORDERED.**

Dated: May 15, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE